| PROB 22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| **TRANSFER OF JURISDICTION** FILED IN CLERKS OFFICE 2003 DEC 18 P 1:15 U.S. DISTRICT COURT DISTRICT OF MASS. | | 01-623-CR-GRAHAM |
| | | DOCKET NUMBER(Rec.Ct) |
| | | 03 10405 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| SADIE CAMILO 12 CROSBY, 2ND FLOOR LAWRENCE, MA 01843 | SOUTHERN FLORIDA | MIAMI |
| | NAME OF SENTENCING JUDGE | |
| | DONALD L. GRAHAM | |

| SD/FL PACTS No. 68936 | DATES OF PROBATION SUPERVISED RELEASE | FROM 04-29-03 | TO 04-28-05 |
|---|---|---|---|

OFFENSE

CONSPIRACY TO IMPORT METHYLENEDIOXYMENTHAMPHETAMINE HYDROCHLORIDE

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF MASSACHUSETTS** upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_9/3/03_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **MASSACHUSETTS**

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Oct. 22, 2003_
Effective Date

_William G. Young_
United States District Judge