## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 03-10405-RCL |
| ) | |
| SADIE CAMILO, ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices her appearance as counsel for the United States of America in the above referenced matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        By:   /s/ Lisa M. Asiaf
             LISA M. ASIAF

March 25, 2005        Assistant U.S. Attorney
             Tel:  (617) 748-3268

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon all counsel of record who do not receive notice of this filing via the Court's ECF system by serving a true and accurate copy of the foregoing document by United States mail to same.

This 25th day of March 2005.

   /s/ Lisa M. Asiaf
LISA M. ASIAF
ASSISTANT UNITED STATES ATTORNEY