Prob12C
(7/93)

# United States District Court
## for the District of Massachusetts
### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Sadie Camilo                    **Case Number:** District of MA 03-10405

**Name of Sentencing Judicial Officer:** Honorable U. S. District Judge Donald L. Graham, Southern District of Florida.  Jurisdiction was transferred to the District of Massachusetts in October 22, 2003.    The case has been assigned to the Honorable U.S. District Judge Richard G. Stearns.

**Date of Original Sentence:** October 31, 2001

**Original Offense:** Conspiracy to Import Methylenedioxymenthamphetamine Hydrochloride (MDMA).

**Original Sentence:** 24 months BOP; 2 years of Supervised Release

**Type of Supervision:** Supervised Release                    **Date Supervision Commenced:** 4/29/02

## PETITIONING THE COURT

[  ]    To issue a warrant
[ X ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **I** | <u>Violation of Law:</u> While on supervised release the defendant shall not commit another federal, state or local crime. |

|  |  |  |
|---|---|---|
| 11/24/04 | Shoplifting (over $100) by Concealing Merchandise<br>Woburn District Court<br>Dkt. 0453CR002901 | Dism. |

On November 23, 2004, security personnel at Abercrombie & Fitch Store in Burlington, MA, observed the defendant selecting numerous (13 in total) clothing items and conceal these in an empty shopping bag she was carrying.  She then removed the  sensor tags from the merchandise and placed them in the pockets of other merchandise that were stored on shelves.   The defendant was apprehended by security personnel as she was exiting the store without paying for the merchandise.   When confronted, Camilo admitted to stealing the merchandise and provided a written and signed statement admitting to the theft.   The total value of the merchandise was $653.50.

**Probation Officer Action:** On December 8, 2004, an Administrative Hearing was held before Supervising United States Probation Officer Brian McDonald, to address the non-compliant behavior.   The defendant's account of the incident differed from the security officer's.  Ms. Camilo stated that she accompanied a friend to the Burlington Mall and did not realize that she was shoplifting until they were leaving Abercrombie & Fitch and her friend, noticing that they were being followed by Security, gave her the bag containing the stolen merchandise, and asked her to assume responsibility for the theft.   The defendant stated that she agreed to do so

Prob 12C

- 4 -

**Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender**

On October 4, 2004, Lawrence Police Officers responded to a report of a minor motor vehicle accident at the corner of Lowell and Hampshire St. in Lawrence. Upon arrival, the responding officer spoke with an individual who stated that he was driving his cousin's motor vehicle north on Hampshire Street when he was struck by a second motor vehicle being operated by Sadie Camilo, who was talking on her cell phone. She had gone through a red light on Lowell St. Ms. Camilo's vehicle had left the scene of the accident, but the vehicle's front plate had been torn off. A citation was to be issued to Ms. Camilo for impeded operation and red light violation.

| Violation Number | Nature of Noncompliance |
|---|---|

**VIII**   **Violation of Law:** While on supervised release the defendant shall not commit another federal, state or local crime.

On July 20, 2004, Lawrence Police Officers were dispatched to Walgreens Pharmacy in response to a shoplifting report. Upon their arrival they met with the store security officer, who had detained the defendant for shoplifting. He stated that the defendant concealed a number of items (of a personal grooming nature), with an approximate value of $35, while she was visiting the store. The defendant was given a trespass notice and a summons was to be issued for shoplifting (as of this date, no criminal charge or complaint, has been filed regarding this offense).

| Violation Number | Nature of Noncompliance |
|---|---|

**IX**   **Violation of Standard Condition #11:** The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

The defendant has yet to report the incident which occurred on July 20, 2004, to the probation officer.

Reviewed/Approved by:

Brian McDonald
Supervising U.S. Probation Officer

Respectfully submitted,

By

Carmen Pena Wallace
U.S. Probation Officer
Date: 3/16/05

**THE COURT ORDERS**
[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Date

Prob 12C                                    - 2 -                          **Request for Modifying the**
**Conditions or Terms of Supervision**
**with Consent of the Offender**

because her friend is an illegal alien and if arrested, would have been deported (the friend was not charged). Nevertheless, she understood the consequences of her actions and expressed remorse.   She agreed to a recommended sanction of two (2) months of home detention to address the violation (the Court signed the modification order on January 7, 2005).   However, subsequent to the Administrative hearing, Ms. Camilo failed to appear at the Woburn District Court, on February 8, 2005, and a default warrant was issued against her.  On February 15, 2005,  she appeared at the Woburn District Court;  she paid $500 for court costs and the case was dismissed.   In addition, new criminal charges have been filed against her and additional violations have been detected.

| Violation Number | Nature of Noncompliance | |
|---|---|---|
| **II** | **Violation of Law:** While on supervised release the defendant shall not commit another federal, state or local crime. | |
| 2/17/05 | Recording w/o Manufacture's Name Distribution of Counterfeit Mark Lawrence District Court Dkt. 0418CR110A-B | Pending |

On December 9, 2004, Lawrence Police Detectives executed a search warrant along with investigators for the Recording Industry Association of America (RIAA), at La Casa De Los CD's, located at 270 Lawrence St., Lawrence, MA.  The defendant, Sadie Camilo, identified herself as the owner of the business (throughout her supervision, Ms. Camilo sustained that her boyfriend, John Baez, was the owner and that she was an employee). During the search, investigators for the RIAA concluded that 102 CD recordings were pirated merchandise and an additional 56 CD recordings were counterfeit.  One box containing the pirated/counterfeit merchandise was located in an office in the store.  Two other boxes were located at the bottom of the stairway leading from the inside of the store to the basement area.  Cash in the amount of $4,000 was located in a McDonalds bag in the desk drawer.  An additional $395 was located rolled up in an empty cigar box in a cabinet drawer in the office area.

A criminal complaint was filed against the defendant at the Lawrence District Court and on February 17, 2005, she was  arraigned on the above noted criminal charges.   The case has been continued to March 23, 2005.

| Violation Number | Nature of Noncompliance |
|---|---|
| **III** | **Violation of Standard Condition #11:** The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |

The defendant failed to notify the probation officer of the execution of the search warrant at La Casa de Los CD's on 12/9/04.   It was not until 1/ 7/05, during this officer's  work site visit at the CD store that Ms. Camilo informed her of the execution of the search warrant.

- 3 -                        **Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender**

| Violation Number | Nature of Noncompliance |
|---|---|

**IV**          **Violation of Law: While on supervised release the defendant shall not commit
another federal, state or local crime.**

2/22/05          Shoplifting by Asportation, 2nd Offense          Pending
                 Lawrence District Court
                 Dkt. 0518CR000924

On February 20, 2005, Andover Police responded to a report of shoplifting at TJMaxx in Andover, MA. Upon arrival the Officer was met by the store detective who reported that the defendant, Sadie Camilo, had been observed removing a belt and placing it on. She also removed a purse from the sales rack and proceeded to the front of the store. She passed the points of purchase and exited the store without paying for the items. She was apprehended by the store detective outside the store.

The defendant was arrested and transported to the Andover Police Station. As noted above, she was arraigned at the Lawrence District Court on February 22, 2005. The case has been continued to March 23, 2005.

| Violation Number | Nature of Noncompliance |
|---|---|

**V**          **Violation of Standard Condition #11: The defendant shall notify the probation
officer within seventy-two hours of being arrested or questioned by a law
enforcement officer.**

The defendant has yet to notify the Probation Officer of her arrest on February 20, 2005.

| Violation Number | Nature of Noncompliance |
|---|---|

**VI**          **Violation of Standard Condition #2: The defendant shall report to the probation
officer as directed by the Court or probation officer, and shall submit a truthful and
complete written report within the first five days of each month.**

On March 7, 2005, the defendant submitted a Monthly Supervision Report for the month of February 2005, and provided false responses to the questions found in Part E of the report, which addresses the compliance with conditions of supervision during the past month. The defendant answered negatively to the following questions: "Were you arrested or named as a defendant in any criminal case?, when in fact she had been arrested and charged with shoplifting on February 20, 2005.

| Violation Number | Nature of Noncompliance |
|---|---|

**VII**          **Violation of Law: While on supervised release the defendant shall not commit
another federal, state or local crime.**