UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.:     03-03-10405

UNITED STATES OF AMERICA

v.

SADIE CAMILO

## MOTION TO CONTINUE REVOCATION HEARING DATE

Now comes the Defendant in the above captioned matter and respectfully requests a Continuance of the Probation Revocation proceedings. As grounds therefore, the Defendant states that justice would be served in that counsel for the Defendant needs time to prepare an adequate defense/resolution of the Revocation Proceedings. Defense Counsel was given late notice of this hearing and needs additional time to prepare for the Hearing. Moreover, the Government will not be prejudiced by the allowance of this Motion. In fact, Counsel for the Government has stated that they would not object to this Motion. Defense Counsel would like at least thirty days to prepare for this hearing.

This is the first request the Defendant has made with respect to a Continuance of the Probation Revocation Hearing. Accordingly, the Defendant, respectfully requests that this Honorable Court grant this Continuance.

Carl N. Donaldson (BBO#645384)
CARL DONALDSON & ASSOCIATES
11 Beacon Street, Suite 600,
Boston, MA 02108
617-742-0474

Dated: May 18, 2005

## CERTIFICATE OF SERVICE

I, Carl Donaldson hereby certify that on this 18th day of May 2005, I have served the Defendant's Motion to Continue Probation Revocation Hearing by Hand Delivery to the following counsel of record:

Lisa Asiaf, Esq.
U.S. Atorney's Office
2 Court House Way
Boston, MA 02110

Dated: May 18, 2005                    _____
                                       Carl N. Donaldson