UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 03-10405-RCL |
| SADIE CAMILO,<br>          Defendant. | ) ) ) ) | |

**JOINT MOTION TO CONTINUE REVOCATION HEARING**

The United States and the Defendant, Sadie Camilo, by and through their undersigned counsel, respectfully move the Honorable Court to continue the Final Revocation Hearing in this matter, which is currently scheduled for Wednesday, June 8, 2005, at 10:30 a.m. In support of this motion, the parties state as follows:

1. The United States seeks a continuance of the Final Revocation Hearing so that the undersigned Assistant U.S. Attorney ("AUSA") may attend the annual OCDETF conference, which is scheduled to take place on June 7-9, 2005. The undersigned AUSA did not seek a continuance from this Honorable Court prior to filing the instant motion because the AUSA was previously unable to attend the conference due to an upcoming trial, which was recently cancelled due to the defendant's decision to enter a guilty plea.

2. Undersigned defense counsel also seeks a continuance of the Final Revocation Hearing due to his trial schedule, which includes the need to appear for trial on June 8, 2005, in another matter.

3. U.S. Probation Officer Carmen Wallace, who filed the Violation Report at issue in this matter, assents to this joint motion for a continuance.

  4.  The parties jointly request that the Court reschedule the hearing for July 13, 2005, or any day on or after July 18, 2005 that is convenient for the Court.

WHEREFORE, the parties jointly move this Honorable Court to continue the Final Revocation Hearing in this matter until July 13, 2005, or any other day on or after July 18, 2005 that is convenient for the Court.

Respectfully submitted,

| MICHAEL J. SULLIVAN, | DEFENDANT SADIE CAMILO, |
|---|---|
| United States Attorneys, | By her attorney, |

By:    */s/ Lisa M. Asiaf*                */s/ Carl N. Donaldson*

| LISA M. ASIAF | Carl N. Donaldson, Esq. |
|---|---|
| Assistant U.S. Attorney | Carl Donaldson & Associates |
| One Courthouse Way | 11 Beacon Street, Suite 600 |
| Boston, MA 02210 | Boston, MA 02108 |
| Tel: (617) 748-3268 | Tel: (617) 270-9677 |

June 3, 2005