UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CRIMINAL NO.: 03-03-10405**

**UNITED STATES OF AMERICA**

**v.**

**SADIE CAMILO**

**ASSENTED TO MOTION TO STAY EXECUTION OF JUDGMENT**

Allowed. R. L. Stearns DJ 8-9-05.

Now comes the Defendant in the above captioned matter and respectfully requests a Stay of The Honorable Justice Lindsay's Order entered on July 25, 2005 until such time as The Honorable Justice Lindsay has an opportunity to review his Order with Counsel and Probation.

All interested parties are requesting this Stay and no party will be prejudiced by the allowance of this Motion. Accordingly, the Defendant, respectfully requests that this Honorable Court grant this Continuance.

Carl N. Donaldson (BBO#645384)
CARL DONALDSON & ASSOCIATES
11 Beacon Street, Suite 600,
Boston, MA 02108
617-742-0474

Dated: August 9, 2005

**CERTIFICATE OF SERVICE**

I, Carl Donaldson hereby certify that on this 18th day of May 2005, I have served the Defendant's Motion by Hand Delivery to the following counsel of record:

Lisa Asiaf. Esq.
U.S. Atorney's Office
2 Court House Way
Boston, MA 02110

Dated: August 9, 2005

Carl N. Donaldson