UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                  CRIMINAL NO. 03-10405-RCL

SADIE CAMILO

## ORDER

STEARNS, DJ.                                            AUGUST 9, 2005

THIS COURT, ACTING AS EMERGENCY JUDGE, HAVING ALLOWED THE JOINT MOTION TO STAY EXECUTION OF JUDGMENT IN THE ABOVE-CAPTIONED ACTION,

IT IS HEREBY ORDERED: EXECUTION OF THE JUDGMENT ENTERED BY REGINALD C. LINDSAY, U. S. DISTRICT JUDGE, ON JUNE 21, 2005 (docketed on June 25, 2005) AS TO THE DEFENDANT, SADIE CAMILO, IS HEREBY <u>STAYED</u> UNTIL FURTHER ORDER OF THE COURT.

SO ORDERED.

                                                        /s/ Richard G. Stearns
                                                        RICHARD G. STEARNS
                                                        UNITED STATES DISTRICT JUDGE

DATED AT BOSTON, MASSACHUSETTS THIS 9TH DAY OF AUGUST, 2005.